UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY JACKSON,

    Plaintiff,

v.                                            CASE NO: 8:06-cv-321-T-23MSS

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY

    Defendant.
_____/

## **ORDER**

    Pursuant to a standing order of this court dated January 5, 1998, and Local Rule 6.01(c)(21), this matter was referred to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's January 18, 2007, report and recommendation (Doc. 12), the plaintiff objects (Doc. 13) and the defendant responds (Doc. 15) to the plaintiff's objections.

    A *de novo* determination of those portions of the report and recommendation to which the plaintiff objects reveals that the objections either are unfounded or otherwise require no different resolution of the motions. Accordingly, the plaintiff's objections (Doc. 13) are **OVERRULED** and the Magistrate Judge's report and recommendation (Doc. 12) is **ADOPTED**. The decision of the Commissioner is **AFFIRMED**. The clerk is

directed to (1) enter judgment in favor of the defendant against the plaintiff, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on February 20, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge